AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Conway, John E | U.S. District Court, NM | 5/1/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 <br> to <br> 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse <br> 333 Lomas Blvd., NW, #740 <br> Albuquerque, NM 87102 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Monthly | Legislative Retirement, State of New Mexico |
| 2. | $7900 Annually |
| 3. | |

FINANCIAL DISCLOSURE OFFICE
RECEIVED 2007 MAY -8 A 9: 19

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Miller Stratvert Law Firm |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, John E | 5/1/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | VISA | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Conway, John E | 5/1/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of New Mexico, Albuquerque, NM | A | Interest | J | T | | | | | |
| 2. First State Bank, Socorro, NM | | Interest | J | T | | | | | |
| 3. RJ Bank Money Market Fund | A | Interest | | | Sold | 9/1 | J | A | |
| 4. Thornburg International Value Fund Class I | B | Dividend | K | T | Partial Sale | 11/19 | J | A | |
| 5. | | | | | | | | | |
| 6. Arkansas Best Corp. Delaware | A | Dividend | K | T | Part. Donati | 8/1 | J | | |
| 7. Bed Bath & Beyond, Inc. | | None | K | T | | | | | |
| 8. Costco Wholesale Corporation New (Formerly Price Costco) | A | Dividend | K | T | | | | | |
| 9. Credit Interest Program Money Market Fund | A | Interest | J | T | | | | | |
| 10. Jetblue Awys Corporation (formerly JBLJ) | | None | J | T | | | | | |
| 11. Southwest Airls Company (formerly Southwest Airlines, D, TX | A | Dividend | J | T | | | | | |
| 12. Starbucks Corporation (formerly Starbucks Common) | | None | K | T | | | | | |
| 13. Walgreen Company (formerly Walgreen (WAG) | A | Dividend | K | T | | | | | |
| 14. American Century Ultra Inv. Fund, formerly 20th Century | A | Dividend | J | T | | | | | |
| 15. Vanguard US Growth Fund | A | Dividend | K | T | | | | | |
| 16. Columbia Marsico 2 lst Century Fd | A | Dividend | K | T | Bought | 1/24 | K | | |
| 17. Artisan Mid Cap Fund Investor Class N/L | | None | | | Sold | 1/23 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, John E | 5/1/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brazos Mid Cap Portfolio Fund Class N M | | None | | | Sold | 1/23 | K | C | |
| 19. Growth Fund Of America CIF, American (Formerly GFAFX - | | None | | | Sold | 1/24 | K | D | |
| 20. Janus Mid-Cap Value Fund Investor Shares N | B | Dividend | K | T | Bought | 1/24 | K | | |
| 21. Heartland Value Fund N/L | C | Dividend | K | T | Part Sale | 1/24 | K | D | |
| 22. Heritage Diversified Growth Fund Class C (formerly HAGCX) | B | Dividend | J | T | | | | | |
| 23. John Hancock Classic Value Fund Class A | B | Dividend | K | T | Bought | 1/24 | K | | |
| 24. Lord Abbett Mid-cap Value Fund Class A M/F (formerly LA VLX- | | None | | | Sold | 1/24 | K | D | |
| 25. Munder Mid-Cap Core Growth Fund Class A | A | Dividend | K | T | Bought | 6/20 | K | | |
| 26. Neuberger Berman Fasciano Fund Investor Cl | B | Dividend | K | T | Bought | 1/23 | K | | |
| 27. Bond Fund of America Cl F-American Fund | B | Dividend | K | T | Bought | 1/25 | K | | |
| 28. RJ Bank Deposit Program Money Market Fund | A | Interest | J | T | Bought | 9/1 | J | | |
| 29. MFS Mid-Cap Growth Fund Class A | | None | | | Bought | 2/16 | K | | |
| 30. MFS Mid-Cap Growth Fund Class A | | None | | | Sold | 6/20 | K | A | |
| 31. MFS New Endeavor Fund Class A | | None | | | Bought | 1/23 | K | | |
| 32. MFS New Endeavor Fund Class A | | None | | | Sold | 2/16 | K | A | |
| 33. MFS Strategic Fund Class A M/F | | None | | | Sold | 1/24 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, John E | 5/1/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, John E | 5/1/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____    Date _May 1 2007_

NOTE: ANY I_____KNOWINGLY AND WI_____SIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMI_____TIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544